SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAR 22 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:22cr39CWR-FKB

OBRYAN DEWAYNE HUBBARD

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

That on or about February 7, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **OBRYAN DEWAYNE HUBBARD**, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce by robbery, in that the defendant, **OBRYAN DEWAYNE HUBBARD**, did unlawfully take and obtain personal property, consisting of United States currency and cellular phones, from the person and in the presence of K.M. in her capacity as an employee of T Mobile located at 3109 W. Capitol Street, Jackson, Mississippi, and against her will by means of actual and threatened force, violence, and fear of injury to their person and their property, that is by entering T Mobile, armed and brandishing a firearm and demanding money, all in violation of Title 18, United States Code, Section 1951(a).

COUNT 2

That on or about February 7, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **OBRYAN DEWAYNE HUBBARD**, knowingly used and carried a firearm during and in relation to a crime of violence for which the defendant

may be prosecuted in a court of the United States, that is, interference of commerce with threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 1 of this indictment, and brandished that firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

That on or about February 7, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **OBRYAN DEWAYNE HUBBARD**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this Indictment:

1. **Model 8 Sig Sauger P365 Air handgun, SN 21FE362-4;**
2. **380 caliber Cobra handgun, model FS380;**
3. **Any ammunition seized.**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

*[signature]*
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 22ⁿᵈ day of March 2022.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

3